**Electronically Filed
Intermediate Court of Appeals
30259
05-JUN-2012
07:56 AM**

NO. 30259

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WALTER Y.C. CHANG, Individually and as Trustee under that certain unrecorded Trust Agreement of Walter Yin Choy Chang dated August 3, 1982, and SYLVIA S.W. CHANG, Individually and as Trustee under that certain unrecorded Trust Agreement of Sylvia Seu Way Chang, dated August 3, 1982, Plaintiffs-Appellees, v. EADEAN MICHIE BUFFINGTON, Defendant-Appellant/Cross-Appellee, and STEVE MONTGOMERY CROUCH, NAOMI HOKULANI CROUCH, HOKULANI SQUARE, INC., INVESTORS FUNDING CORPORATION, Defendants-Appellees, and DOE DEFENDANTS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 05-1-1708)

ORDER DISMISSING THE APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Eadean Michie Buffington's Statement of Settlement in Lieu of Opening Brief, the papers in support, and the records and files herein, it appears that: (1) on October 11, 2011, this court issued an order directing Appellant to file the opening brief within forty

days; (2) this court granted Appellant two extensions of time to file the opening brief, and the brief finally became due on March 19, 2012;; (3) Appellant did not file the opening brief; (4) on March 19, 2012, Appellant filed a document titled "Statement of Settlement in Lieu of Opening Brief" informing the court that the parties settled all issued related to the appeal and that the appeal is moot; and (5) since that time, Appellant has taken no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 5, 2012.

Presiding Judge

Associate Judge

Associate Judge